FILED

12/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0355

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0355

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

COLE MICHAEL JACOB,

      Defendant and Appellant.

_____

### GRANT OF EXTENSION

_____

      Upon consideration of the State's motion for a 30-day extension of time, and good cause appearing therefor, the State is granted an extension of time to and including January 13, 2025, within which to prepare, file, and serve the Appellee's response brief.

12-10-24

SK